NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-135

JANICE BABINEAUX CHARLES

VERSUS

MENARD'S (4C), INC. D/B/A PIGGLY WIGGLY, ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20014814
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE
**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Michael W. Campbell
Caffery, Oubre, Campbell & Garrison, LLP
301 E. Kaliste Saloom, Suite 301
Lafayette, LA 70508
(337) 232-6581
Counsel for Defendants-Appellees:
Fulcrum Insurance Company
Menard's (4C), Inc.

Archie Paul Joseph
Attorney at Law
P. O. Box 1283
Breaux Bridge, LA 70517
(337) 332-5287
Counsel for Plaintiff-Appellant:
Janice Babineaux Charles